IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 9:14-CR-11 |
| | § | |
| ANDY LEE HOUSE | § | |

## ELEMENTS OF THE OFFENSE

COMES NOW, the United States of America, by and through the United States Attorney for the Eastern District of Texas, and files this pleading summarizing the elements of the offense to which the Defendant intends to enter a plea of guilty to Count 1 of the Information, wire fraud in violation of Title 18, U.S.C. § 1343.

The essential elements which must be proved to establish the Title 18, United States Code, Section 1343 violation are:

First:   That the Defendant devised a scheme to defraud or to obtain money or property by materially false or fraudulent pretenses, representations or promises (or wilfully participated in such a scheme with knowledge of its fraudulent nature);

Second:   That the Defendant acted with the intent to defraud; and

Third:   That in advancing, furthering, or carrying out the scheme, Defendant transmitted any writing, signal, or sound by means of a wire, radio, or television communication in interstate commerce or caused the transmission of any writing, signal, or sound of some kind by means of a wire, radio, or television communication in interstate commerce.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

/s/ Christopher T. Tortorice
Christopher T. Tortorice
Assistant United States Attorney
Texas Bar. No.24048912
350 Magnolia, Suite 150
Beaumont, Texas   77701-2237
(409) 839-2538 office
(409) 839-2550 fax
Email: chris.tortorice@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of these Elements of the Offense was delivered to Mr. Buck Files, counsel for the defendant, on this the 15th day of August, 2014, via electronic transmission.

/s/ Christopher T. Tortorice
Christopher T. Tortorice
Assistant United States Attorney