| | | | |
|---|---|---|---|
| DATE | August 26, 2014 | CASE NUMBER | 9:14-CR-11-1(RC) |
| LOCATION | Beaumont | | |
| JUDGE | **KEITH F. GIBLIN** | USA | Chris Tortorice — Assigned |
| DEPUTY CLERK | Kyla Dean | VS | Chris Tortorice — Appeared |
| RPTR/ECRO | Kyla Dean (DCR) | | |
| USPO | Mark Goforth | | |
| INTERPRETER | | ANDY LEE HOUSE | |
| | | Defendant | |
| BEGIN | 1:08 pm | F.R. "BUCK" FILES, JR. | |
| | | Attorney | |

- ☐ INITIAL APPEARANCE  ☐ PRELIMINARY HRG  ☐ REMOVAL HRG  ☐ IDENTITY HRG
- ✔ SUBSEQUENT INIT APPEARANCE ON: **Information**
- ☐ DETENTION HRG   ☐ EVIDENTIARY HRG   ☐ BOND HRG
- ☐ NEBBIA HRG   ☐ other

---

✔ Hearing Held  ☐ Hearing Called
✔ Dft ☐ Prob violator ☐ Super Rel violator appears: ✔ with ☐ w/o cnsl ☐ pro se ☐ Cnsl appears on behalf of deft
Appears on: ☐ Complaint ☐ Indictment ✔ Information ☐ Violation of probation ☐ Release Violation

✔ Dft files Waiver of Indictment;
☐ Information (felony) ☐ Information (misdemeanor)
☐ Indictment unsealed ☐ Information unsealed
☐ Date of arrest:_____ or ☐ Rule 5(c) (dist & case #)_____

✔ ...Dft   ✔ advised of charges   ✔ advised of maximum penalties   ✔ advised of right to remain silent;
   ✔ advised of right to counsel   ☐ advised of right to Prel. Hrg.   ☐ advised of right to waive Prel. Hrg.
   ☐ Waiver of Preliminary Exam/Hearing   ☐ Waiver of Rule 5(c) Hearings   ☐ Advised of Rule 20

☐ Dft first appearance with counsel ☐ CJA ☐ Ret. ☐ USPD
☐ Dft advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel.
☐ If dft cannot retain counsel, the court is to be advised within _____ days so counsel may be appointed.
☐ Dft Requests appointed counsel, is sworn & examined re: financial status.
☐ Financial affidavit executed by dft. The court finds the defendant ☐ able ☐ unable to employ counsel.
☐ CJA Panel Attorney _____ appointed  ☐ U.S. Pub Defender _____ appointed
☐ Add Attorney _____

☐ Gvt motion for detention  ☐ Gvt m/continue detention hrg.  ☐ Order granting m/ continue of detention hrg.
☐ Dft bond ☐ set ☐ reset to $_____ ☐ cash ☐ surety ☐ 10% ☐ PR ☐ unsecured
☐ Bond continued ☐ previous bond $_____ type _____ ☐ other case No. _____
☐ Order setting conditions of release ☐ Bond executed, dft released; ☐ Not executed at this time
☐ Dft ordered to answer in prosecuting district ☐ State Charges ☐ Commitment to Another District
☐ Order of Detention  ☐ Temp Detention Pending Hearing
☐ Dft remanded to custody of U.S. Marshal;  ✔ Dft remained released on conditions
☐ Notice of Hearing

| | | | |
|---|---|---|---|
| ☐ Detention Hrg set for _____ | | ☐ Revocation Hrg set for _____ | |
| ☐ Arraignment set for _____ | | ☐ Removal Hearing set for _____ | |
| ☐ Bond hrg set for _____ | | ☐ Preliminary Exam set for _____ | |
| ☐ Identity Hrg set for _____ | | ☐ Court finds probable cause ☐ exists ☐ does not exist | |
| ☐ Dft Oral Motion _____ | | ☐ Oral Court Order _____ | |
| ☐ Gvt Oral Motion _____ | | ☐ Oral Court Order _____ | |
| ☐ Dft failed to appear | ☐ Oral order for arrest warrant; | ☐ bond forfeited | |
| ☐ Exhibit List | ☐ Witness List | ✔ Minutes Filed | |

☐ Attorney advised to file Application for Pro Hac Vice and instructed on procedure.
☐ Consent to Proceed before U.S. Magistrate Judge in a Misdemeanor case.

**CRIM 92-116**   ✔ See reverse/attached for additional proceedings   _____ Adjourn
   Total Court Time _____

**ARRAIGNMENT**

✔ Arraignment on:   ✔ INFORMATION   ☐ INDICTMENT   ☐ RULE 20
held on counts ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10  ☐ 11  ☐ 12
✔ all counts;  other counts _____

✔ Dft  ☐ Prob violator  ☐ Super Rel violator  appears:  ✔ with  ☐ w/o cnsl  ☐ pro se  ☐ Cnsl appears on behalf of deft
☐ Dft first appearance with counsel  ☐ CJA   ☐ Ret.  ☐ USPD
✔ . . . Dft     ✔ sworn          ✔ physically/mentally ready        ✔ name spelled
         ✔ received copy of charges    ✔ discussed charges with counsel    ✔ charges read
         ☐ waived reading of charges;   ✔ No pressure to plead
         ☐ advised of alternate sentencing under Youth Corrections Act;

☐ Consent to trial before U.S. Magistrate Judge  ☐ Consent to plea before U.S. Magistrate Judge
✔ Dft enters a plea of:  ✔ (not guilty)   ☐ (guilty)   ☐ (nolo)   ☐ (guilty - lesser)
         to counts:  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10  ☐ 11  ☐ 12
         ✔ all counts;  other counts _____
☐ . . . . . . . . Factual Basis Established
☐ . . . . . . . . Court finds plea voluntary, knowledgeable & that it has a basis in fact.
☐ . . . . . . . . Plea Agreement accepted     ☐ Plea agreement rejected
☐ . . . . . . . . Plea agreement received in evidence_____
☐ . . . . . . . . Plea agreement filed (*sealed*)
☐ . . . . . . . . Discovery order entered.  Dft has  30  days or until _____ to file motions not covered by this order;
         Gvt has  10  days or until _____ to respond.
☐   Sentencing deferred for pre-sentence investigation.
☐ . . . . . . . . Sentencing set for _____ before Judge _____
☐ . . . . . . . . Jury selection & trial set for _____ before Judge _____
☐ . . . . . . . . Oral Government motion _____   ☐ Oral Court Order _____
☐ . . . . . . . . Oral Defendant motion _____   ☐ Oral Court Order _____
✔ . . . . . . Defendant remanded to custody USM    ☐ Bond continued / Dft remained released on conditions
✔ Minutes filed
OTHER PROCEEDINGS:
✔ No orders were entered.  The defendant is to plead guilty directly after this proceeding.

ADJOURN  11:25 am

Total Court Time  3 minutes