| | | |
|---|---|---|
| DATE August 26, 2014 | CASE NUMBER 9:14-cr-11-1(RC) | |
| LOCATION OF HRG BEAUMONT | | |
| JUDGE **KEITH F. GIBLIN** | USA Chris Tortorice | Assigned |
| DEPUTY CLERK Kyla Dean | VS Chris Tortorice | Appeared |
| RPTR/ECRO Kyla Dean (DCR) | | |
| USPO | ANDY LEE HOUSE | |
| INTERPRETER | Defendant | |
| BEGIN 1:14 pm | BUCK FILES, JR. | |
| | Attorney | |

☐ Interpreter Sworn  **PLEA / CHANGE OF PLEA**

✔ (Guilty Plea Hearing)

✔ Hearing held   ☐ Hearing called

☐ Information (felony)   ☐ Information (misdemeanor)   ☐ Information (sealed)

☐ Indictment unsealed   ☐ Information Unsealed

✔ Dft appears   ✔ with ☐ without counsel;   ☐ Dft appears pro se;   ☐ Counsel appears on behalf of dft.

☐ Dft files Waiver of Indictment   ☐ Dft. advised of right to grand jury consideration

☐ Dft first appearance with counsel ☐ CJA ☐ Retained ☐ USPD ☐ Add Attorney

✔ ... Dft   ✔ sworn   ✔ physically/mentally ready   ✔ name spelled
        ✔ advised of charges   ✔ advised of maximum penalties   ✔ advised of right to remain silent;
        ✔ advised of right to counsel   ✔ rec'd copy of the charges;   ✔ discussed charges w/ cnsl;
        ✔ charges read   ☐ waived reading of charges;   ✔ No pressure to plead

✔ Consent to Administration of Guilty Plea by Magistrate

✔ Dft enters a plea of: ☐ Not Guilty ✔ Guilty ☐ Nolo ☐ Guilty - lesser
    to counts:   ✔1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 ☐11 ☐12 ☐13 ☐14 ☐15
    ☐ all counts;   ☐ count _____   ☐ Indictment ✔ Information ☐ 2nd Superseding Indictment

✔ ....... Factual Basis / Stipulation Filed Under Seal with the Court.

✔ ....... Court finds plea voluntary, knowledgeable & that it has a basis in fact.

☐ Plea Agreement acceptance

☐ Plea agreement received in evidence _____

✔ PLEA AGREEMENT filed under seal.  ☐ Addendum to Plea Agreement

☐ Dft entered plea of guilty WITHOUT written plea agreement.

☐ Motion filing deadline. Pretrial motions or change of plea due by _____

✔ Sentencing deferred for pre-sentence investigation.   ☐ Dft waived Presentence Report

☐ Sentencing set for _____ before Judge _____

☐ Government motion for detention

✔ Dft bond ✔ set ☐ reset to $ 25,000   ☐ cash ☐ surety ☐ 10 % ☐ PR ✔ unsecured

☐ Bond continued ☐ in this case ☐ $ _____ Type: _____ ☐ other case No. _____

☐ Dft remained released on conditions of release

✔ Order setting conditions of release   ✔ Bond executed, deft released;

☐ Entered Order of Detention   ☐ Temp Detention Pndg Hearing

☐ Dft remanded to custody of U.S. Marshal;   ☐ Dft agreed to detention at this time.

☐ Dft failed to appear, oral order for arrest warrant;   ☐ bond forfeited   ☐ bench warrant issued

☐ Government Oral Motion _____   ☐ Oral Court Order _____

☐ Defendant Oral Motion _____   ☐ Oral Court Order _____

☐ Exhibit List   ☐ Witness List   ☐ Elements of the Offense

✔ Minutes Filed

**CRIM 92-116**   ☐ See reverse/attached for additional proceedings   1:32 pm adjourn
                                        **Total Court Time**   16 mins.